1  Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
   Dina E. Micheletti (184141) (dem@fazmiclaw.com)
2  **FAZIO | MICHELETTI LLP**
   2410 Camino Ramon, Suite 315
3  San Ramon, CA 94583
   T:  925-543-2555
4  F:  925-369-0344

5  Adam J. Levitt (*pro hac vice*) (alevitt@dlcfirm.com)
   Amy E. Keller (*pro hac vice*) (akeller@dlcfirm.com)
6  **DICELLO LEVITT & CASEY LLC**
   Ten North Dearborn Street, Eleventh Floor
7  Chicago, Illinois  60602
   T:  312-214-7900
8  F:  440-953-9138

9  Attorneys for Plaintiff
   Keaton Harvey, individually and on behalf of
10 all others similarly situated

11

                    **UNITED STATES DISTRICT COURT**
12
                   **NORTHERN DISTRICT OF CALIFORNIA**
13

14

15 KEATON HARVEY, individually and on          No 17-cv-07274-NC
   behalf of all others similarly situated,
16                                              **DECLARATION OF DINA E.**
                                                **MICHELETTI IN SUPPORT OF**
17        Plaintiff,                            **MOTION FOR EXPEDITED**
                                                **DISCOVERY AND FOR**
18                                              **PRELIMINARY INJUNCTION**

        vs.                                     **DATE:    February 21, 2018**
19                                              **TIME:    1:00 pm**
                                                **COURT: 4**
20 APPLE INC., a California corporation,        **JUDGE: Hon. Nathanael Cousins**
   and DOES 1-20, inclusive,
21
        Defendants.
22

23

24

25

26

27

28



I, Dina E. Micheletti, declare as follows:

1.       I am a partner with the law firm of Fazio | Micheletti LLP, counsel of record for Plaintiff Keaton Harvey in the above-titled action, and I am a member in good standing of the bar of the State of California. Except where noted, the testimony set forth in this declaration is based on first-hand knowledge, about which I would and could testify competently in court if called upon to do so.

2.       Plaintiff Harvey filed his complaint in this action on December 21, 2017.[1] alleging that for at least five years Defendant Apple Inc. ("Apple"), *inter alia*, denied the existence, nature, and scope of a defect that caused the lithium-ion batteries in the iPhone 5c, iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, iPhone 7, and iPhone 7 Plus (collectively, "Affected iPhones") to suddenly shut down (even though the batteries were charged enough to last for hours under normal circumstances), behave erratically, and lose their charge precipitously for no apparent reason (the "Battery Defect"). Plaintiff also alleged that the results of independent laboratory testing forced Apple to admit that it had modified the iPhone operating system ("iOS") software (the "Throttling Software") to slow the processors in Affected iPhones as a means of reducing the load on their defective batteries, which not only perpetuated Apple's fraudulent concealment of the Battery Defect, but caused owners of Affected iPhones to prematurely replace those devices because the Throttling Software had reduced their performance to the point that they were unable to perform basic functions. A true and correct copy of the operative complaint in this action is attached to this declaration as **Exhibit A**.

---

[1] The Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 8) ("Order") indicates that the complaint was filed on December 22, 2017, apparently because the original complaint that was filed on December 21 included an erroneous case number that was corrected the following day (December 22). *See* Order at 2; Dkt. Nos. 1-3.

3.     On December 28, 2017—one week after Plaintiff Harvey filed his complaint in the present action—Apple announced that it would initiate a program by which it would charge $29 to replace the battery "for anyone with an iPhone 6 or later whose battery needs to be replaced . . ." (the "Defective Battery Program").[2] A true and correct copy of a document in which announced the Defective Battery Program to the public, which is titled "A Message to Our Customers about iPhone Batteries and Performance," is attached to this declaration as **Exhibit C**.

4.     Initially, Apple was reported to have planned to commenced the Defective Battery Program in January 2018, but reportedly decided instead to begin it on December 30, 2017, two days after it first announced the program. CNN was among many news outlets that reported that development. *See* Heather Kelly, "No wait: Apple offers $29 replacement batteries immediately," *CNN tech* (Dec. 30, 2017), http://money.cnn.com/2017/12/30/technology/apple-iphone-battery-available/index.html, a true and correct copy of which is attached to this declaration as **Exhibit D**.

5.     Apple encourages customers who need to replace the lithium-ion batteries in their iPhones to have them "serviced by Apple or an authorized service provider" and that Apple has a policy of recycling the batteries it replaces for customers. A true and correct copy of a document titled "Battery Service and Recycling," which Apple makes available on its website,

---

[2] Several days earlier, Apple admitted in another public announcement that it had modified the iPhone operating system ("iOS") to slow iPhone processors as an ostensible means of reducing the load on the batteries Apple installed in the iPhone SE, iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, iPhone 7, and iPhone 7 Plus. *See, e.g.,* Seung Lee, "Apple admits it does slow older iPhones—to prevent unexpected battery shutdowns," *The Mercury News* (Dec. 20, 2017), https://www.mercurynews.com/2017/12/20/apple-admits-it-does-slow-down-old-iphones-to-prevent-unexpected-battery-shutdowns/, a true and correct copy of which is attached to this declaration as **Exhibit B**.

1   https://www.apple.com/batteries/service-and-recycling/, is attached to this
2   declaration as **Exhibit E**.

3       6.    In an effort to ensure that Apple would, *inter alia*, preserve the
4   batteries it removes and replaces in the course of the Defective Battery Program,
5   along with all data collected as a result of that program, and all other relevant
6   evidence, Plaintiff's counsel sent a letter to Apple's counsel Daniel R. Adler of
7   Gibson Dunn & Crutcher, on January 7, 2017 (the "January 7 letter"). The January
8   7 letter explains that Apple is obligated to preserve evidence and requests that,
9   among other things, Apple confirm—no later than January 9, 2018—that it would
10  preserve all batteries and data Apple obtained in connection with the Defective
11  Battery Program. A true and correct copy of that letter is attached to this
12  declaration as **Exhibit F**.

13      7.    To date, Apple's counsel has not responded to the January 7 letter.

14      8.    In addition to the concern created by the potential loss of critical
15  evidence in this case a result of Apple adhering to its battery-recycling policy
16  notwithstanding the pendency of this litigation, Apple is reportedly obtaining
17  information from unrepresented putative class members who present Affected
18  iPhones to Apple in connection with the Defective Battery Program.

19      9.    For example, Apple's policy is to subject Affected iPhones to diagnostic
20  testing before removing and replacing the defective batteries in Affected iPhones
21  without regard to the results of diagnostic testing to which Apple requires
22  customers to submit as a condition to participating in the Defective Battery
23  Program. *See, e.g., iPhone Battery & Power Repair*, Apple,
24  https://support.apple.com/iphone/repair/battery-power (last accessed Jan. 15, 2018),
25  a true and correct copy of which is attached to this declaration as **Exhibit G.**

26      10.    Plaintiff has moved the Court for an order granting a preliminary
27  injunction and expedited discovery to ensure that potentially critical evidence is

28

1  preserved during the pendency of the motion to coordinate and transfer before the

2  Judicial Panel on Multidistrict Litigation.

3      11.    The preliminary injunction Plaintiff seeks by this motion will

4  primarily preserve the status quo by requiring Apple to safeguard and protect all

5  data, batteries, and other information it has collected as a result of the Defective

6  Battery Program while Plaintiff conducts discovery limited to a single deposition

7  pursuant to Federal Rule of Civil Procedure 30(b)(6).

8      12.    Apple has recently announced that it has run out of replacement

9  batteries for many versions of Affected iPhones and does not anticipate having a

10  sufficient supply for most of those devices for two weeks to several weeks or, in the

11  case of the iPhone 6 Plus, several months, hence the Defective Battery Program will

12  not resume for the iPhone 6 Plus until late March or early April 2018. *See, e.g.,* Joe

13  Rossignol, "Apple Delays iPhone 6 Plus Battery Replacements Until March-April

14  Due to Limited Supply," *iMore* (Jan. 11, 2018),

15  https://www.macrumors.com/2018/01/11/iphone-6-plus-battery-replacements-delay/

16  (a true and correct copy of which is attached to this declaration as **Exhibit H**).

17      I declare under penalty of perjury under the laws of the United States of

18  America that the foregoing is true and correct, and that this declaration was

19  executed at San Ramon, California, on January 15, 2018.

20

21                 by    */s/ Dina E. Micheletti*
                       Dina E. Micheletti

22

23

24

25

26

27

28



**DECLARATION OF DINA E. MICHELETTI**
**ISO MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**



EXHIBIT A

Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

Attorneys for Plaintiff
Keaton Harvey, on behalf of himself
and all others similarly situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATON HARVEY, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>       vs.<br><br>APPLE INC., a California corporation, and DOES 1-20, inclusive,<br><br>    Defendants. | No. _____<br><br>**COMPLAINT FOR DAMAGES AND FOR EQUITABLE RELIEF**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |



Plaintiff, Keaton Harvey, on behalf of himself and all others similarly situated, allege as follows:

## PARTIES

1.  Plaintiff, Keaton Harvey, is a resident of New York, New York, who owned an iPhone 6 before replacing it with a newer-model iPhone that he purchased from Defendant Apple Inc.

2.  Defendant Apple Inc. ("Apple"), is a corporation that was created under the laws of the State of California, and has its principal place of business in Cupertino, California.

3.  Plaintiff is unaware of the true names and capacities of Does 1 through 100 and sues them by fictitious names.  Plaintiff will amend this Complaint to include these Doe defendants' true names and capacities when they are ascertained. Each Doe defendant is responsible in some manner, including without limitation, as aiders and abettors, for the conduct alleged in this Complaint.

4.  At all times mentioned in this Complaint, each and every defendant was an agent, representative, or employee of each and every other defendant and in doing the things alleged in this Complaint, each and every defendant was acting within the course and scope of such agency, representation or employment and was acting with the consent, permission and authorization of each of the remaining defendants.  Each defendant's actions alleged in this Complaint were ratified and approved by the other defendants and their respective officers, directors, or managing agents.

## JURISDICTION AND VENUE

5.  This Court has diversity jurisdiction over the claims asserted herein on behalf of a nationwide class pursuant to 28 U.S.C. section 1332, as amended in February 2005 by the Class Action Fairness Act.  Jurisdiction is proper because

    a. the amount in controversy in this class action exceeds five million dollars, exclusive of interest and costs, the proposed class includes

more than 100 members, more than one of whom reside in a state other than California; and

b.  Apple has purposefully availed itself of the privilege of conducting business activities within the State of California, where Apple is incorporated; has its principal place of business; where its officers direct, control, and coordinate Apple's corporate activities; where Apple engaged in the unlawful conduct alleged in this Complaint by, *inter alia*, designing and selling the iPhone 5C, iPhone 6, the iPhone 6 Plus, the iPhone 6S, the iPhone 6S Plus, the iPhone 7, and the iPhone 7 Plus (and possibly other) Apple smartphones (collectively, the "Affected iPhones") with software that causes Affected iPhones to operate more slowly, and by implementing and executing the illegal, unfair, fraudulent, and unconscionable corporate policies and practices alleged herein; and by maintaining systematic and continuous business contacts with the State, primarily through its Cupertino headquarters.

6.     Venue is proper in this judicial district pursuant to 28 U.S.C. section 1391, and California Civil Code section 1780(d), because the conduct alleged in this Complaint occurred in this judicial district.

## GENERAL ALLEGATIONS

7.     The iPhone is an internet and multimedia-enabled "smartphone" designed and marketed by Apple. Apple introduced the original iPhone for sale in the United States in or about June 2007. Since then, Apple has introduced a succession of new models of the iPhone, including the Affected iPhones.

8.     Each year, Apple, like its competitors, must find ways to encourage prospective customers to purchase the latest model of its product. Plaintiff is informed and believes that persuading consumers to replace their existing devices with new ones becomes more difficult as consumers become familiar with iPhone technology and more difficult to impress with new features. Plaintiff is also



informed and believes that consumers, including himself, will purchase a new smartphone if they perceive problems with the performance of their current device.

9.     Although he had cared for his Affected iPhone (an iPhone 6) meticulously from the moment he purchased it, it was not without problems. Plaintiff's Affected iPhone would shut down suddenly, even when its battery levels were well over 50 percent. And, in addition to other performance problems, Plaintiff began to observe that his Affected iPhone had begun to operate in an extremely sluggish manner, making it difficult to perform basic functions on the device. Ultimately, the problems Plaintiff continued to experience with his Affected iPhone got to the point where he was compelled to replace it. Based on Apple's reputation and the belief that the iPhone was superior to smartphones offered by competitors, Plaintiff replaced his Affected iPhone with a new iPhone at a cost of more than $1,000.

10.     Plaintiff is informed and believes that Apple was aware of a defect in his Affected iPhone at the time he purchased a new one, and not only failed to disclose what it knew, but made deliberately misleading statements that were intended to conceal the nature and scope of that defect.

11.     In or about November 2016, Apple announced that a "very small number" of Affected iPhones (specifically, the iPhone 6S and iPhone 6S Plus) were affected by a problem that caused those devices to shut down, suddenly and unexpectedly, "for no apparent reason." Plaintiff is informed and believes that, in actuality, Apple knew that the lithium-ion batteries that it installed in Affected iPhones were causing the devices to shut down unexpected, notwithstanding that their battery levels were at as much as 60 percent when the shut-down occurred.

12.     Despite claiming that the shutdowns were occurring for "no apparent reason," Apple also announced that it had initiated a battery-replacement program that was limited to the iPhone 6S and the iPhone 6S Plus, and that neither the

1    shutdown problem nor the battery-replacement program would serve to extend the
2    applicable warranty.

3       13.    Plaintiff is informed and believes that Apple's announcement was
4    misleading and that Apple knew it was misleading at the time it made the
5    announcement in November 2016. Apple admitted publicly that a "small number of
6    customers outside the affected range [(*i.e.,* Affected iPhones other than the 6S and
7    the 6S Plus)] have also reported a shutdown." *See* Jeff John Roberts, "Why It's Time
8    for Apple to Come Clean About the iPhone Battery," *Fortune* (Dec. 27, 2016)
9    (available online at http://fortune.com/2016/12/27/apple-iphone-6-battery-problem/).
10   Apple went on to claim, however, that "[s]ome of these shutdowns can occur under
11   normal conditions for the iPhone to protect its electronics." *Id.*

12      14.    Plaintiff is informed and believes that these statements were
13   deliberately misleading as well. In actuality, the lithium-ion batteries in all Affected
14   iPhones cause them to operate erratically and to shut down the device unexpectedly
15   due to the batteries' inability to handle the demand created by processor speeds (the
16   "battery defect").

17      15.    Rather than curing the battery defect by providing a free battery
18   replacement for all Affected iPhones, Apple sought to mask the battery defect by
19   modifying the iPhone operating system ("iOS") so that it reduces Affected iPhones'
20   processing speeds in an effort to prevent their batteries from causing erratic
21   operation and unexpected shutdowns.

22      16.    But modifying iOS not only allowed Apple to conceal the true nature
23   and scope of the battery defect and to avoid expending time, money, and effort on
24   correcting it, Apple's decision to modify iOS instead had an added benefit to Apple:
25   the modified iOS would slow the performance of Affected iPhones, which would
26   serve to compel consumers to replace them with new iPhones—just as Plaintiff did.

27      17.    This is not mere speculation. Recently, a company that performed
28   laboratory testing of Affected iPhones discovered that After denying the existence of

-4-



a battery problem for over a year, Apple recently admitted that it modified iOS in a manner that slowed the performance of Affected iPhones, but characterized this effort as a "feature":

> Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices. Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components.

> Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions. We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future.

Shara Tibiken, "Apple admits slowing older iPhones, says it's to prevent battery issues," *C/Net* (Dec. 20, 2017) (available online at https://www.cnet.com/news/apple-slows-down-older-iphone-battery-issues/#ftag=CAD-09-10aai5b).

18.     Notwithstanding the purported benefits of this "feature," Apple focused exclusively on the number of shutdowns it purportedly prevented, but said nothing about the fact that it also slowed the performance of Affected iPhones until after the iOS modification was discovered during independent laboratory testing. "The statement from Apple came in response to a report from earlier this week from Primate Labs, the company behind the Geekbench processor benchmark software. John Pool, the founder of the organization, said . . . that processors in iPhones slow down and decrease in performance as batteries age and lose capacity. Poole explained that users expect their phones to perform the same regardless of how old the battery is, but his tests indicated that wasn't the case." *Id.*

19.     Plaintiff has brought this action on behalf of himself and all others similarly situated to require Apple **(a)** to modify iOS in a manner that prevents it from slowing the performance of Affected iPhones; **(b)** to provide owners of Affected iPhones with notice that the slow performance of those devices is caused by modifications Apple made to iOS; **(c)** reimburse current owners of Affected iPhones

with the purchase price they paid for those devices after Apple knew, but failed to disclose, the existence of the battery defect and the slow performance caused by the iOS modification; **(d)** to compensate current and form owners of Affected iPhones for the costs they incurred in attempting to repair or replace their Affected iPhones due to the battery defect and/or the slow performance caused by the iOS modification; **(d)** to provide current owners of Affected iPhones with new batteries for those devices free of charge; and **(e)** to compensate former owners of Affected iPhones for the cost of replacing those devices prematurely or, alternatively, to provide former owners with the opportunity to return their replacement iPhones in exchange for a refund together with the model of Affected iPhone (with a new battery) that they owned prior to replacing that device.

## **CLASS ALLEGATIONS**

20.     Plaintiff brings this class action pursuant to Federal Rule of Civil Procedure 23 and, to the extent applicable, the provisions of and California Civil Code section 1781, on behalf of himself and all other persons similarly situated.

21.     The class that Plaintiff seeks to represent is defined as follows:  All persons who reside in the United States who **(a)** own an Affected iPhone or **(b)** owned an Affected iPhone and replaced it with a new device.

22.     Plaintiff also seeks to represent a subclass that includes each member of the proposed class described in Paragraph 21, above, who is a "consumer," as that term is defined by California Civil Code section 1761(d), or purchased "goods" or "consumer goods," as those terms are defined by California Civil Code sections 1761(a) and 1791(a), respectively (the "Consumer Subclass").

23.     Excluded from the class are the following:

         a.      Apple, its subsidiaries, affiliates, officers, directors, and employees;



b. persons who have settled with and validly released Apple from separate, non-class legal actions against Apple based on the conduct alleged herein;

c. counsel, and the immediate families of counsel, who represent Plaintiff in this action;

d. the judge presiding over this action;

e. jurors who are impaneled to render a verdict on the claims alleged in this action; and

f. persons who purchased an Extended Warranty in Colorado or in Florida and made a claim pursuant to the Extended Warranty.

24. Plaintiff are informed and believe that the proposed class comprises millions of members. The class is, therefore, so numerous and geographically dispersed that joinder of all members in one action is impracticable.

25. Apple has acted with respect to Plaintiff and members of the proposed class in a manner generally applicable to each of them. There is a well-defined community of interest in the questions of law and fact involved, which affect all class members. The questions of law and fact common to the class predominate over the questions that may affect individual class members, including the following:

a. whether Apple modified iOS in a manner that slowed the performance of Affected iPhones;

b. whether the representations Apple has made about the nature and scope of the battery defect are false;

c. whether Apple made false representations about the nature and scope of the battery defect for the purpose of concealing it and avoiding the expense of recalling and replacing the batteries in Affected iPhones;



-7-
COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

      d.    whether Apple used the iOS modification to profit from Plaintiff and members of the proposed class by inducing them to buy a new replacement for their Affected iPhones;

      e.    whether Apple is subject to liability for fraudulently concealing material facts from Plaintiff and members of the proposed class;

      f.    whether Apple is subject to liability for violating the Consumers Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750-1784;

      g.    whether Apple's conduct has violated the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200-17209;

      h.    whether Apple has been unjustly enriched as a result of its fraudulent conduct, such that it would be inequitable for Apple to retain the benefits conferred upon it by Plaintiff and the proposed class;

      i.    whether Plaintiff' claims satisfy the criteria for class certification under Federal Rule of Civil Procedure 23 and, to the extent applicable, California Civil Code section 1781;

      j.    whether compensatory or consequential damages should be awarded to Plaintiff and members of the proposed class;

      k.    whether punitive damages should be awarded to Plaintiff and members of the proposed class;

      l.    whether restitution should be awarded to Plaintiff and members of the proposed class;

      m.    whether other, additional relief is appropriate, and what that relief should be.

26.    Plaintiff' claims are typical of the claims of all members of the class they propose to represent in this action.

27.    Plaintiff will fairly and adequately represent and protect the interests of the class, and do not have interests that are antagonistic to or in conflict with those they seek to represent.



28. Plaintiff have retained counsel who have extensive experience in the prosecution of class actions and other forms of complex litigation.

29. In view of the complexity of the issues and the expense that an individual plaintiff would incur if he or she attempted to obtain relief from a large, transnational corporation such as Apple, the separate claims of individual class members are monetarily insufficient to support separate actions. Because of the size of the individual class members' claims, few, if any, class members could afford to seek legal redress for the wrongs complained of in this Complaint.

30. The class is readily definable, and prosecution as a class action will eliminate the possibility of repetitious litigation and will provide redress for claims too small to support the expense of individual, complex litigation. Absent a class action, class members will continue to suffer losses, Apple's violations of law will be allowed to proceed without a full, fair, judicially supervised remedy, and Apple will retain sums received as a result of its wrongdoing. A class action will provide a fair and efficient method for adjudicating this controversy.

31. The prosecution of separate claims by individual class members would create a risk of inconsistent or varying adjudications with respect to thousands of individual class members, which would, as a practical matter, dispose of the interests of the class members not parties to those separate actions or would substantially impair or impede their ability to protect their interests and enforce their rights.

32. The proposed class satisfies the certification criteria of Federal Rule of Civil Procedure 23.

# CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### (Fraudulent Concealment)

33.    Plaintiff realleges and incorporates by reference the allegations contained in preceding paragraphs of this Complaint.

34.    At all times relevant herein, Apple made misrepresentations of material fact to Plaintiff and the proposed class regarding the true nature and scope of the battery defect, claiming that an "unknown" problem was causing certain Affected iPhones to shutdown unexpectedly. Apple also falsely represented the reason that it modified iOS (to prolong battery life) in Affected iPhones, knowing that the modification also substantially slowed the performance of Affected iPhones, which would cause consumers to replace those devices with new iPhones. Apple knew those representations were false when it made them, and did so for the purpose of diminishing the possibility that the facts described in Paragraphs 10 through 18 and 35 of this Complaint (which are incorporated herein by reference) would be discovered by Plaintiff and members of the proposed class.

35.    Apple has concealed material facts from Plaintiff and the proposed class, including the following:

        a.    the existence, nature, and scope of the battery defect;

        b.    that modifying iOS for the ostensible purpose of prolonging battery life also caused Affected iPhones to perform substantially slower as their batteries aged, notwithstanding the iOS modification;

        c.    that the battery defect could only be remedied by replacing the lithium batteries in Affected iPhones;

        d.    that Apple concealed the foregoing facts from Plaintiff and members of the proposed class as a means of avoiding the expense involved with rectifying the battery defect.



**COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES**

36.     Apple had a duty to disclose these facts, regardless of the existence of privity (*see, e.g.,* Cal. Civ. Code § 1711), by virtue of **(a)** Apple's exclusive knowledge about the nature and scope of the battery defect, and that its modifications of iOS caused Affected iPhones to perform poorly; **(b)** Apple's  awareness that Plaintiff and members of the proposed class were not reasonably likely to discover these facts; **(c)** Apple's active concealment of those facts from Plaintiff and members of the class (by, *inter alia*, making the false representations described in Paragraphs 10 through 18 and 34, above); and **(c)** Apple's statutory and common-law obligations to disclose material information to the consumers who own or formerly owned Affected iPhones, as alleged herein. Plaintiff would have acted differently if Apple had disclosed this information to him and allowed him to make a fully-informed decision before he purchased a replacement for his Affected iPhone.

37.     The facts Apple has concealed from consumers are material and uniform to Plaintiff and to the members of the class he proposes to represent in this action.

38.     Apple made misrepresentations of material fact and concealed the material facts alleged herein intentionally and/or recklessly, with the intention that Plaintiff and members of the proposed class would rely on its misrepresentations. Plaintiff and members of the proposed class would have acted differently had the omitted facts been disclosed to them.

39.     As a proximate result of Apple's misrepresentations and concealment and suppression of material facts, Plaintiff and the proposed class have sustained damage by, *inter alia,* bearing the cost of purchasing new Affected iPhones; bearing the cost of repairs due to the battery defect and/or problems resulting from the slow performance caused by the iOS modification; and bearing the cost of purchasing replacement devices as a result of the battery defect and/or the slow performance caused by the iOS modification.

40. Because Apple engaged in the conduct alleged herein deliberately and with willful and malicious intent, Plaintiff and the proposed class are entitled to an award of punitive damages. The total amount of damages suffered by Plaintiff and members of the proposed class will be proved at trial.

## SECOND CLAIM FOR RELIEF
### (Unfair and Deceptive Acts and Practices in Violation of the Consumers Legal Remedies Act)

41. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

42. This claim for relief is brought pursuant to the CLRA. Plaintiff and members of the Consumer Subclass are "consumers," as that term is defined by Civil Code section 1761(d) because they bought Affected iPhones for personal, family, or household purposes.

43. Plaintiff and members of the Consumer Subclass have engaged in a "transaction" with Apple, as that term is defined by Civil Code section 1761(e).

44. The conduct alleged in this Complaint constitutes unfair methods of competition and unfair and deceptive acts and practices for the purposes of the CLRA, and were undertaken by Apple in transactions intended to result in, and which resulted in, the sale of goods to consumers; namely, to sell replacement batteries, repair services, and/or replacement devices for their Affected iPhones.

45. By engaging in the conduct alleged in Paragraphs 10 through 18 of this Complaint, Apple has violated subdivisions (a)(5), (a)(7), and (a)(9) of California Civil Code section 1770 by, *inter alia*, misrepresenting and concealing the true nature and scope of the battery defect and that the modification of iOS would cause Affected iPhones to perform slowly and erratically and not disclosing those facts to Plaintiff and members of the proposed class before they bore the cost of purchasing a replacement device for their Affected iPhone, purchasing a new Affected iPhone, and/or purchasing replacement parts and/or repair services as a result of the battery defect or the iOS modification.

46. By concealing the battery defect and the iOS modification from Plaintiff and members of the proposed class, Apple has represented, and continues to represent, that Affected iPhones have characteristics, uses and benefits, or qualities that they do not have, and that they are of a particular standard, quality, or grade, when they are not, in violation of Civil Code section 1770, subsections (a)(5) and (a)(7).

47. By engaging in the conduct alleged herein, above, Apple has also advertised, and continues to advertise, goods with the intent not to sell them as advertised, in violation of California Civil Code section 1770(a)(9).

48. Pursuant to Section 1782 of the CLRA, Plaintiff has sent written notice to Apple by certified mail regarding its violations of the CLRA, thereby providing Apple with an opportunity to correct or otherwise rectify the problems alleged herein within 30 days of receipt of that notice.

49. Unless Apple agrees to correct, repair, replace, or otherwise rectify the problems created by Apple's conduct as alleged herein, Plaintiff will amend this Complaint to seek an order awarding actual damages and, because Apple engaged in the conduct alleged herein deliberately and with willful and malicious intent, punitive damages.

50. Plaintiff now seeks an order requiring Apple to **(a)** cease violating the CLRA by modifying iOS in a manner that prevents it from slowing the performance of Affected iPhones; **(b)** to provide owners of Affected iPhones with notice that the slow performance of those devices is caused by modifications Apple made to iOS; and **(c)** to provide current owners of Affected iPhones with new batteries for those devices free of charge.

### THIRD CLAIM FOR RELIEF
#### (Unlawful, Fraudulent, and Unfair Business Practices in Violation of the Unfair Competition Law)

51. Plaintiff realleges and incorporates by reference the allegations set forth in each of the preceding paragraphs of this Complaint.

52.   By committing the acts and practices alleged herein, Apple has engaged in unlawful, fraudulent, and unfair business practices in violation of the UCL:

a.   **Unlawful Conduct**:  As a result of engaging in the conduct alleged in this Complaint**,** Apple has violated the UCL's proscription against engaging in unlawful conduct by virtue of **(i)** its fraudulent and deceitful conduct in violation of California Civil Code sections 1709 through 1711; and **(ii)** its violations of the Consumers Legal Remedies Act, California Civil Code sections 1770(a)(5), (a)(7), and (a)(9).

b.   **Fraudulent Conduct**:  Apple has violated the UCL's proscription against fraud as a result of engaging in the fraudulent and deceitful conduct alleged in paragraphs 10 through 18 of this Complaint.

c.   **Unfair Conduct**:  Apple has violated the UCL's proscription against unfair conduct as a result of engaging in the conduct alleged in this Complaint, which violates legislatively-declared policies articulated in, *inter alia*, California Civil Code sections 1710, 1711, and 1770, subsections (a)(5), (a)(7), and (a)(9).

53.   Apple's violations of the UCL continue to this day. As a direct and proximate result of Apple's violations of the UCL, Plaintiff has suffered actual damage in that, *inter alia*, they paid more for their Affected iPhones than they would have had Apple not concealed the existence of the battery defect and the effects of its modification of iOS.

54.   Pursuant to Section 17203 of the UCL, Plaintiff and the class seek an order that requires Apple **(a)** to modify iOS in a manner that prevents it from slowing the performance of Affected iPhones; **(b)** to provide owners of Affected iPhones with notice that the slow performance of those devices is caused by modifications Apple made to iOS; **(c)** reimburse current owners of Affected iPhones with the purchase price they paid for those devices after Apple knew, but failed to

-14-

disclose, the existence of the battery defect and the slow performance caused by the iOS modification; **(d)** to provide current owners of Affected iPhones with new batteries for those devices free of charge; **(e)** to make full restitution of all moneys wrongfully obtained from its violations of the UCL, as alleged in this Complaint; and **(f)** requires Apple to pay the attorney fees and costs incurred by counsel for Plaintiff and the proposed class in accordance with California Code of Civil Procedure section 1021.5.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, on behalf of themselves and all others similarly situated, pray for relief in this Complaint as follows:

1. For an order certifying that the action may be maintained as a class action, on behalf of the proposed class, the Consumer Subclass, and any other subclass(es) the Court may deem appropriate;

### AS TO THE FIRST CLAIM FOR RELIEF

1. For an award of monetary damages, including but not limited to, compensatory, incidental and consequential damages commensurate with proof at trial for the acts complained of herein;

2. For an award of punitive damages in an amount consistent with applicable statutes and precedent;

### AS TO THE SECOND CLAIM FOR RELIEF

3. For an order pursuant to California Civil Code section 1780(a)(2) requiring Apple to **(a)** provide owners of Affected iPhones with notice that the slow performance of those devices is caused by modifications Apple made to iOS; **(b)** modify iOS in a manner that prevents it from slowing the performance of Affected iPhones; and **(c)** provide current owners of Affected iPhones with new batteries for those devices free of charge;

4. For an order awarding attorney fees and costs pursuant to California Civil Code section 1780(e);



-15-

COMPLAINT FOR EQUITABLE RELIEF AND DAMAGES

## AS TO THE THIRD CLAIM FOR RELIEF

5.     For an order that requires Apple **(a)** to modify iOS in a manner that prevents it from slowing the performance of Affected iPhones; **(b)** to provide owners of Affected iPhones with notice that the slow performance of those devices is caused by modifications Apple made to iOS; **(c)** reimburse current owners of Affected iPhones with the purchase price they paid for those devices after Apple knew, but failed to disclose, the existence of the battery defect and the slow performance caused by the iOS modification; **(d)** to provide current owners of Affected iPhones with new batteries for those devices free of charge; **(e)** to make full restitution of all moneys wrongfully obtained from its violations of the UCL, as alleged in this Complaint; and **(f)** requires Apple to pay the attorney fees and costs incurred by counsel for Plaintiff and the proposed class in accordance with California Code of Civil Procedure section 1021.5.

## AS TO ALL CLAIMS FOR RELIEF

6.     For an award of attorney fees;

7.     For an award of costs;

8.     For an award of pre- and post-judgment interest on any amounts awarded; and

9.     For any and all other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff and the proposed class demand a jury trial in this action for all the causes of action so triable.

DATED: December 21, 2017     **FAZIO | MICHELETTI LLP**

by     */s/ Jeffrey L. Fazio*

*Attorneys for Plaintiff Keaton Harvey
and the Proposed Class*

-16-

EXHIBIT B

Business > **Technology**

# Apple admits it does slow down old iPhones — to prevent unexpected battery shutdowns





Justin Sullivan/Getty Images

CUPERTINO, CA – SEPTEMBER 12: (L-R) The new iPhone 8, iPhone X and iPhone 8S are displayed during an Apple special event at the Steve Jobs Theatre on the Apple Park campus on September 12, 2017 in Cupertino, California. Apple held their first special event at the new Apple Park campus where they announced the new iPhone 8, iPhone X and the Apple Watch Series 3. (Photo by Justin Sullivan/Getty Images)

By **SEUNG LEE** | slee@bayareanewsgroup.com | Bay Area News Group

PUBLISHED: December 20, 2017 at 4:36 pm | UPDATED: December 21, 2017 at 4:42 am

CUPERTINO — Among legions of Apple users, the notion that Apple slows down iPhones as they age was a widely shared but unverified concept for many years.

Yet on Wednesday, Apple acknowledged that it does limit iPhone performance with new iOS software updates, according to multiple media outlets.

Apple's statement followed a study this week that asserted Apple curbs the speed of aging iPhones. The study went viral.

The Cupertino tech giant explained it put in checks, which limit computing power but preserve iPhones from unexpected shutdowns due to overuse of battery power.

"Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices," said Apple, in a statement sent to media outlets including TechCrunch, BuzzFeed News and The Verge. "Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components."

The study that preceded Apple's statement was published Monday by John Poole, the founder of Primate Labs and the Geekbench app, which benchmarks desktop devices and smartphones, including the iPhone. Poole independently studied the phenomenon after a Reddit post, about replacing batteries on old iPhones helping to improve performance, drew more than 800 comments.

Poole noticed a significant downgrade in performance between iPhones 6 and 7 running iOS 10 and 11. He correctly hypothesized that Apple introduced a change to limit computing performance.

"I believe (as do others) that Apple introduced a change to limit performance when battery condition decreases past a certain point," wrote Poole.

Apple said the change was an unannounced feature to protect the iPhone.

"Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions," said Apple. "We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future."

***Start your day with the news you need from the Bay Area and beyond.***
***Sign up for our [new Morning Report newsletter](#).***

For years, iPhone users, tech analysts and journalists floated the idea of "planned obsolescence" — that Apple throttles old iPhones' performance to squeeze users into upgrading to the newest model. Apple was accused of planned obsolescence over the iPhone 4s in a New York lawsuit in 2015.

Opinions and studies remained divided on this issue. Futuremark, a Finnish benchmarking company, published a study in October which concluded that Apple does not throttle older devices and that it "actually does a good job of supporting its older devices with regular updates that maintain a consistent level of performance across iOS versions."

Responding to whether Apple's statement runs contrary to Futuremark's conclusions, Futuremark spokesperson Ryan McCall said the statement had "nothing to do with the concept of forced (obsolescence)."

"In essence, this is a matter of the battery not being able to perform, and the device having to compensate," said McCall. "It's a trade-off between unexpected device crashes and lower maintained performance without crashes."

Apple did not clarify in its statement whether replacing the batteries, which can be done officially at $79 for those without AppleCare+ warranty program, will help improve performance.

Apple did not respond to questions from this news organization about whether battery replacements will help old iPhones' performance and whether other Apple products like the iPad or the MacBook have similar performance checks to prevent unexpected shutdowns.

For those who hope to save money in replacing a battery, a standalone iPhone battery can cost as little as $45, according to Kyle Wiens, founder of a self-repair manual website called iFixit. While he criticized Apple's official battery replacement cost, he said he believes the iOS feature to curb performance for battery preservation is a "reasonable" approach.

"I think this software change is a good change," said Wiens. "They should not revert back."

However, Wiens and other Apple analysts said the company's acknowledgment Wednesday needs to be its first step of many to be more transparent about the iPhone's battery and performance issues.

"They should have been letting us know beforehand, and there should have been an option to turn the feature off," said Creative Strategies analyst Ben Bajarin. "It was good they responded, but hopefully this is Apple wanting to be more transparent."



**SPONSORED CONTENT**

## CoolSculpting vs. Lipo: Which is Better?

By Robert Aycock, MD, FACS

Looking to eliminate fat & shed inches, but debating your options? Bay Area plastic surgeon Dr. Aycock explores CoolSculpting vs. Lipo

Tags: **Apple**, **iPhone**



**Seung Lee** Seung covers Apple and personal technology for the Bay Area News Group. He was previously a technology reporter for Newsweek and a weekly columnist for the San Francisco Examiner. Seung grew up in Los Angeles and graduated from UC Berkeley.

🐦 Follow Seung Lee **@seungylee14**

## SUBSCRIBE TODAY!

### ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!



EXHIBIT C

December 28, 2017

# A Message to Our Customers about iPhone Batteries and Performance

We've been hearing feedback from our customers about the way we handle performance for iPhones with older batteries and how we have communicated that process. We know that some of you feel Apple has let you down. We apologize. There's been a lot of misunderstanding about this issue, so we would like to clarify and let you know about some changes we're making.

First and foremost, we have never — and would never — do anything to intentionally shorten the life of any Apple product, or degrade the user experience to drive customer upgrades. Our goal has always been to create products that our customers love, and making iPhones last as long as possible is an important part of that.

## How batteries age

All rechargeable batteries are consumable components that become less effective as they chemically age and their ability to hold a charge diminishes. Time and the number of times a battery has been charged are not the only factors in this chemical aging process.

Device use also affects the performance of a battery over its lifespan. For example, leaving or charging a battery in a hot environment can cause a battery to age faster. These are characteristics of battery chemistry, common to lithium-ion batteries across the industry.

A chemically aged battery also becomes less capable of delivering peak energy loads, especially in a low state of charge, which may result in a device unexpectedly shutting itself down in some situations.

To help customers learn more about iPhone's rechargeable battery and the factors affecting its performance, we've posted a new support article, iPhone Battery and Performance.

It should go without saying that we think sudden, unexpected shutdowns are unacceptable. We don't want any of our users to lose a call, miss taking a picture or have any other part of their iPhone experience interrupted if we can avoid it.

## Preventing unexpected shutdowns

About a year ago in iOS 10.2.1, we delivered a software update that improves power management during peak workloads to avoid unexpected shutdowns on iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, and iPhone SE. With the update, iOS dynamically manages the maximum performance of some system components when needed to prevent a shutdown. While these changes may go unnoticed, in some cases users may experience longer launch times for apps and other reductions in performance.

Customer response to iOS 10.2.1 was positive, as it successfully reduced the occurrence of unexpected shutdowns. We recently extended the same support for iPhone 7 and iPhone 7 Plus in iOS 11.2.

Of course, when a chemically aged battery is replaced with a new one, iPhone performance returns to normal when operated in standard conditions.

## Recent user feedback

Over the course of this fall, we began to receive feedback from some users who were seeing slower performance in certain situations. Based on our experience, we initially thought this was due to a combination of two factors: a normal, temporary performance impact when upgrading the operating system as iPhone installs new software and updates apps, and minor bugs in the initial release which have since been fixed.

We now believe that another contributor to these user experiences is the continued chemical aging of the batteries in older iPhone 6 and iPhone 6s devices, many of which are still running on their original batteries.

## Addressing customer concerns

We've always wanted our customers to be able to use their iPhones as long as possible. We're proud that Apple products are known for their durability, and for holding their value longer than our competitors' devices.

To address our customers' concerns, to recognize their loyalty and to regain the trust of anyone who may have doubted Apple's intentions, we've decided to take the following steps:

- Apple is reducing the price of an out-of-warranty iPhone battery replacement by $50 — from $79 to $29 — for anyone with an iPhone 6 or later whose battery needs to be replaced, available worldwide through December 2018. Details will be provided soon on apple.com.

- Early in 2018, we will issue an iOS software update with new features that give users more visibility into the health of their iPhone's battery, so they can see for themselves if its condition is affecting performance.

- As always, our team is working on ways to make the user experience even better, including improving how we manage performance and avoid unexpected shutdowns as batteries age.

At Apple, our customers' trust means everything to us. We will never stop working to earn and maintain it. We are able to do the work we love only because of your faith and support — and we will never forget that or take it for granted.

| Shop and Learn | Apple Store | For Education | Account | About Apple |
| --- | --- | --- | --- | --- |
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Newsroom |
| iPad | Genius Bar | Shop for College | Apple Store Account | Apple Leadership |
| iPhone | Today at Apple | | iCloud.com | Job Opportunities |
| Watch | Apple Camp | **For Business** | | Investors |
| TV | Field Trip | Apple and Business | **Apple Values** | Events |
| Music | Apple Store App | Shop for Business | Accessibility | Contact Apple |
| iTunes | Refurbished and Clearance | | Education | |
| HomePod | Financing | | Environment | |
| iPod touch | Reuse and Recycling | | Inclusion and Diversity | |
| Accessories | Order Status | | Privacy | |
| Gift Cards | Shopping Help | | Supplier Responsibility | |

https://www.apple.com/iphone-battery-and-performance/                                          Page 2 of 3

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map   United States



EXHIBIT D

Our Terms of Service and Privacy Policy have changed.
By continuing to use this site, you are agreeing to the new **Privacy Policy** and **Terms of Service**.

 **tech**

BUSINESS    CULTURE    GADGETS    FUTURE    STARTUPS

  

# No wait: Apple offers $29 replacement batteries immediately

by Heather Kelly    @heatherkelly

December 30, 2017: 4:33 PM ET



How the iPhone changed the world in just 10 years

Apple is working overtime to make amends with angry iPhone owners after revealing it slows down performance on older models.

People with an iPhone 6 or later can get a $29 replacement battery immediately — a month earlier than Apple originally planned to start offering discounted replacements. The company confirmed the early availability on Saturday.

"We expected to need more time to be ready, but we are happy to offer our customers the lower pricing right away. Initial supplies of some replacement batteries may be limited," said an Apple spokesperson in a statement.

Last week it was discovered that Apple was slowing down older iPhones on purpose. The company confirmed it was slowing performance at certain peak moments to prevent sudden battery shut downs. It said the power management feature, which was quietly rolled out in an iOS update last year, was only necessary for phones with aging lithium ion batteries. Swapping in a fresh battery should restore a phone back up to its normal speeds.

Related: Apple apologizes for slowing iPhone, drops battery prices

### Social Surge - What's Trending

 20-year-old Florida man claims $450 million lottery jackpot

 Carrier plant Trump pledged to save lays off another 215 workers

 63 Sam's Club stores are closing their doors

### Mortgage & Savings

Mortgage | Personal Loans | Credit Cards

| Loan Type | Rate | APR |
|---|---|---|
| 30-yr fixed | 3.63% | 3.71% |
| 15-yr fixed | 2.88% | 3.04% |
| 5/1 ARM | 2.5% | 3.7% |

| Loan Amount | APR | Payment |
|---|---|---|
| $225,000 (5/1 ARM) | 3.7% | $889/mo |
| $350,000 (5/1 ARM) | 3.72% | $1,499/mo |

Get Personalized Rates

 Terms & Conditions apply
NMLS #1136

CNNMoney Sponsors

SmartAsset    Paid Partner

No wait: Apple offers $29 battery replacements now | This is Money
Case 5:17-cv-07274-NC Document 17-1 Filed 01/15/18 Page 37 of 61
1/13/18, 4:29 PM

Customers were upset that the company did not tell them about the feature, and many thought it was an attempt to get people to upgrade to newer iPhone models. Some people are already suing Apple and seeking class action status.

In a letter to customers posted Thursday, Apple apologized for poor communication about the slowdown and denied it was an attempt to force upgrades. To make amends, Apple said it would offer the cheaper replacement batteries and working on a new iOS feature that will give users more information on their battery's status.

Related: Apple CEO Tim Cook now takes private planes

The batteries cost $29 instead of $79 and are available worldwide by going to an Apple Store or Apple certified retailer, or mailing a phone into Apple support. Apple originally said the batteries would be available at the $50 discount starting at the end of January. The lower prices are only available until the end of 2018.

The power management update was first rolled out a year ago to the iPhone 6, iPhone 6 Plus, iPhone 6S, iPhone 6S Plus and iPhone SE. Apple later added it for the iPhone 7 and iPhone 7 Plus.

CNNMoney (San Francisco)
First published December 30, 2017: 4:33 PM ET

Paid Content                                              Recommended by

The game that Gamers can't get enough of
Vikings

You Should Never Shop on Amazon Without Using This Trick – Here's Why
Honey

Which Blockchain Stock Will Emerge as the Leader of Industry?
coinstocks

Walnut Creek, California: This Brilliant Company Is Disrupting a $200 Billion Industry
EverQuote

California Approves $0 Down Solar in Walnut Creek Area
Energy Bill Cruncher

25 Best SUVs of 2018
Edmunds

Top bank announces 1.30% savings account, no fees

This is How 10,000+ Retirees are Finding the Best Financial Planners

This Site Finds the Top 3 Financial Advisors Near You

Does Your Bank Pay as Little as 0.01% on Your Savings?

NextAdvisor                          Paid Partner

An outrageous card offering 0% interest until March 2019

$200 just for using this card

5 cards charging 0% interest until 2019

7 mind-blowing credit cards for those with excellent credit

Paid Links

| | |
|---|---|
| IPHONE WIRELESS CHARGERS | IPHONE 7 ON SALE |
| APPLE IPHONE 8 CLEARANCE SALE | BEST PHONES TO BUY |
| NEW IPHONE X CASES | BEST IPHONE PRICES |
| IPHONE BATTERY REPLACEMENT | IPHONE TRADE-IN PROGRAM |

**FOLLOW US!**



Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc. 2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2018 and/or its affiliates.

© 2018 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you.

Privacy Policy    AdChoices



EXHIBIT E

Batteries

# Battery Service and Recycling

All rechargeable batteries have a limited lifespan and may eventually
need to be serviced or recycled. Your own battery's lifespan will vary
depending on how you use your device as well as the settings you
choose for it.

# Use Apple or an authorized service
provider for service.

If you need to charge your battery more and more frequently, it might be time to service
it. For products with built-in lithium-ion polymer batteries, the batteries should be
serviced by Apple or an authorized service provider.

## iPhone Owners

Your battery is designed to retain up to 80% of its original capacity at 500 complete
charge cycles. The one-year warranty includes service coverage for a defective battery. If
it is out of warranty, Apple offers a battery service for $79, plus $6.95 shipping, subject to

local tax.

## Apple Watch Owners

Your battery is designed to retain up to 80% of its original capacity at 1000 complete charge cycles. The one-year warranty (for Apple Watch and Apple Watch Sport) and two-year warranty (for Apple Watch Edition) include service coverage for a defective battery. If it is out of warranty, Apple offers a battery service. Prices and terms may vary.

## iPad Owners

Your battery is designed to retain up to 80% of its original capacity at 1000 complete charge cycles. The one-year warranty includes service coverage for a defective battery. If it is out of warranty, Apple offers a battery service for $99, plus $6.95 shipping, subject to local tax.

## iPod Owners

Your battery is designed to retain up to 80% of its original capacity at 400 complete charge cycles. The one-year warranty includes service coverage for a defective battery. If it is out of warranty, Apple offers a battery service for $49 (iPod shuffle), $59 (iPod nano and iPod classic), and $79 (iPod touch), plus $6.95 shipping, subject to local tax.

## MacBook Owners

Your battery is designed to retain up to 80% of its original capacity at 1000 complete charge cycles. The one-year warranty includes replacement coverage for a defective battery. Apple offers a battery replacement service for all MacBook, MacBook Air, and MacBook Pro notebooks with built-in batteries.

# We'll recycle your battery responsibly.

Putting any battery directly in the trash is dangerous for the environment and for those who live in it. By servicing your Apple batteries only through Apple or an Apple authorized service provider, you can be sure they'll be recycled with respect for the earth. You can recycle your entire device with us, battery included — you might even qualify for a credit to use toward a new Apple product.

Learn more about Apple's recycling program ›

Batteries      Service and Recycling

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Newsroom |
| iPad | Genius Bar | Shop for College | Apple Store Account | Apple Leadership |
| iPhone | Today at Apple | | iCloud.com | Job Opportunities |
| Watch | Apple Camp | For Business | | Investors |
| TV | Field Trip | Apple and Business | Apple Values | Events |
| Music | Apple Store App | Shop for Business | Accessibility | Contact Apple |
| iTunes | Refurbished and Clearance | | Education | |
| HomePod | Financing | | Environment | |
| iPod touch | Reuse and Recycling | | Inclusion and Diversity | |
| Accessories | Order Status | | Privacy | |
| Gift Cards | Shopping Help | | Supplier Responsibility | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.      Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map      United States



EXHIBIT F



January 7, 2018

**BY ELECTRONIC MAIL** (dadler@gibsondunn.com)

Daniel R. Adler, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071

      Re:   *Harvey v. Apple Inc.*
             **Case No. 17-cv-07274-NC**

Dear Mr. Adler:

On December 21, 2017, our client filed a complaint in the above-referenced putative class action. The case concerns Apple's decision to install defective lithium-ion batteries with an inordinate propensity to suddenly shut down and cause other operating problems (the "Battery Defect") in the iPhone SE, iPhone 6, 6 Plus, 6s, 6s Plus, iPhone SE, iPhone 7, and 7 Plus, (collectively, the "Affected iPhones"), and possibly other models, and to surreptitiously modify iOS software in a manner that masked the Battery Defect by enabling Apple to slow the processing speed of Affected iPhones, which caused them to become difficult or impossible to use for ordinary purposes and thereby cause customers to prematurely replace their Affected iPhones.

On behalf of Plaintiff and the other members of the proposed class, Apple[1] is hereby instructed to preserve **(1)** all "Information," which, for the purposes of this letter, is defined as all documents and electronically-stored

---

      [1] For purposes of this letter, "Apple," "You," and "Your" refers to Defendant Apple Inc., its subsidiaries and/or related companies, as well as its directors, officers, agents, employees, representatives, suppliers, and anyone purporting to act on Apple's behalf,  including, but not limited to, AppleCare Service Company, Inc., Amperex Technology Limited (ATL), Contemporary Amperex Technology Limited (CATL), Samsung, Foxconn, and Exponent.

FAZIO | MICHELETTI LLP

**Daniel R. Adler — January 7, 2018 — Page 2**

information (including, but not limited to, metadata and diagnostic data) potentially relevant to the claims and defenses in this litigation[2] and **(2)** "Tangible Things," which, for the purposes of this letter, means all relevant hardware, including Affected iPhones and/or batteries in Apple's possession, custody, or control that have been replaced as a result of the Battery Defect and/or the effects of Apple's iOS updates in Affected Phones, regardless of whether such replacements occurred within or outside of applicable Apple standard warranty or AppleCare warranty periods, regardless of whether the customer fully or partially paid for the replacement, regardless of the physical location at which such replacements occurred (*e.g.,* call center or retail), and regardless of whether such replacements occurred in connection with or as a result of the announcement Apple made in a document titled "A Message to Our Customers about iPhone Batteries and Performance" on or about December 28, 2017 (hereinafter, "$29 Defective Battery Program").

The duty to preserve evidence is broad and extends to all Information and Tangible Things in existence as of the time Apple reasonably anticipated litigation, regardless of whether it has been stored electronically (*e.g.,* in any electronic device used to store data, regardless of location, medium or format) or in hard copy. *See, e.g., Apple Inc. v. Samsung Elecs. Co.*, 888 F. Supp. 2d 976, 989-90 (N.D. Cal. 2012).

To ensure that all Information and Tangible Things are preserved, Apple may not limit its preservation instructions to a few self-selected custodians; rather, it is obligated to communicate directly with all persons who are reasonably likely to have possession, custody or control of relevant Information and Tangible Things — including, but not limited to, information technology and/or administrative personnel involved with electronic data retention, deletion, and archiving — and instruct them to ensure its preservation for the duration of this litigation. *See, e.g., id.* at 997. Included within this obligation is the duty to advise all such persons that any regularly scheduled or automatic deletion of email or other electronic Information, and any scheduled or unscheduled document or data destruction, must be discontinued immediately with respect to any Information and/or Tangible Thing. *Id.*

Accordingly, among other things, please suspend any instructions to any such person to reduce the size of their email accounts by deleting Information. *See id.* Additionally, to the extent Apple maintains "backups" of Information in the form of electronic data that are rewritten, erased, or replaced during the normal course of business or otherwise, please ensure

---

[2] Electronically stored information must be preserved in its native format, with metadata intact.

FAZIO | MICHELETTI LLP

**Daniel R. Adler — January 7, 2018 — Page 3**

that such practices cease, and that steps are taken to preserve all iterations of such "backups" for the duration of the litigation.  Apple's duty to ensure these practices are implemented and adhered to continues throughout the litigation. *See, e.g., Zubulake v. UBS Warburg LLC*, 220 F.R.D. 212, 218 (S.D.N.Y. 2003).

      If Apple intends to use key-word searches to carry out/execute its preservation duties (in whole or in part), please advise Plaintiff of such key words no later than January 15, 2018.

      In addition to including Information and Tangible Things pertaining to the nature, scope, and effect  of the Battery Defect in Affected iPhones and Apple's efforts to mask the Battery Defect with iOS updates, Apple's preservation duty extends to, but is not limited to, Information and Tangible Things pertaining to **(a)** Apple's Vice President of Product Marketing, Greg Joswiak, making a statement that, "[a]fter 400 complete cycles, the iPhone's battery still has 80 percent of its charged capacity," in an article by Jason Snell, "The Truth About iPhone Battery Lifespan," *Macworld* (July 12, 2007); **(b)** Apple's decision to conduct a program to replace batteries in iPhone 5 devices that were manufactured between September 2012 and January 2013; **(c)** Apple's decision to extend the iPhone 5 battery-replacement program to January 2016; **(d)** Apple's decision to conduct a program to replace batteries in iPhone 6s devices that were manufactured between September and October 2015; **(e)** the $29 Defective Battery Program (including the catalyst(s) for the implementation of that program); **(f)** reports of safety concerns allegedly related to the combustion of an iPhone battery, including, but not limited to, allegations made by Allstate Insurance Company and others in litigation, by the China Consumers Association, and/or by the Shanghai Consumer Council; **(g)** relevant warranty data and out-of-warranty data; **(h)** customer communications pertaining to the Battery Defect and/or related iOS updates; and **(i)** analyses of the economic effect of the Battery Defect and Apple's efforts to mask the Battery defect via iOS updates, including any analysis of potential or actual sales of replacement iPhones generated as a result of such efforts.

      The references to specific items or issues in this letter are not intended as a limitation on Apple's duty to preserve all relevant evidence. Rather, the purpose of those references is to provide illustrative examples of the types of Information and Tangible Things we expect Apple to preserve as a result of its preservation obligations.

      Given the pendency of this litigation, we also expect that Apple will not condition any battery replacements or iOS upgrades or patches on a waiver or release of any legal rights. If Apple intends to do so, please inform us no

FAZIO | MICHELETTI LLP

**Daniel R. Adler — January 7, 2018 — Page 4**

later than January 9, so that we can seek appropriate relief. As you may know, courts have cautioned that if the putative class and the class opponent are involved in an ongoing business relationship, unilateral communications from the class opponent to the class may be coercive and, thus, require court supervision. *See, e.g., Wang v. Chinese Daily News, Inc.*, 623 F.3d 743, 755 (9th Cir. 2010) (district court may regulate communications between class opponent and class members to avoid coercive behavior); *Kleiner v. First National Bank of Atlanta*, 751 F.2d 1193, 1201-03 (11th Cir. 1985) (district court's power to manage a class action includes the power to prohibit a defendant from making unsupervised, unilateral communications with the plaintiff class)

Additionally, given the importance of safeguarding the defective batteries and any other data (including diagnostic data) Apple is currently removing from class members' Affected iPhones in connection with the $29 Defective Battery Program, please advise, no later than close of business on January 9, whether Apple intends to preserve all batteries and other data it obtains as a result of that program. If Apple does not respond by that date by indicating that it is complying with the instructions set forth herein, Plaintiff will seek immediate Court intervention.

With respect to the remaining instructions set forth herein, if Apple does not intend to comply with them, please advise no later than January 11, 2018. If Plaintiff's counsel do not receive a response by that date, Plaintiff's counsel will assume and rely on Apple's full compliance with its obligations to preserve evidence pertaining to this litigation.

Very truly yours,

Jeffrey L. Fazio

cc (by email):
- Adam J. Levitt
- Amy E. Keller



EXHIBIT G

## Support

Communities    Contact Support



# iPhone Battery & Power Repair

Need more power? Get Apple battery service for your iPhone.





## Can't turn on your iPhone?

Follow these steps first if your iPhone screen turns black or if your iPhone doesn't turn on at all. It might not require a repair.

What to do if your iPhone won't power on ›

## Does your battery drain too quickly?

Your iPhone battery's performance depends on how you use apps and settings. If your battery drains quickly, it might not require a replacement.

Learn how to maximize iPhone battery life ›

## iPhone battery and power repair costs

We'll test your iPhone to see if it has a battery issue or a different power issue. Your repair fees depend on the diagnosis and if the issue is covered under warranty or AppleCare+.

Our warranty covers a defective battery, but it doesn't cover wear from normal use.

- If you're covered under AppleCare+, we'll replace your battery at no charge if it retains less than 80 percent of its original capacity.
- If your iPhone needs battery replacement and it's not covered, there will be a service fee. See chart below for pricing.
- If your iPhone has another power issue, we'll give you the repair price after we determine the cause.

Not sure if you're covered? **Check if you have AppleCare+** by entering your iPhone serial number.

## iPhone battery service pricing

| iPhone model | In-warranty or with AppleCare+ | Out of warranty |
|---|---|---|
| iPhone SE | $0 | $29* |
| iPhone 6, iPhone 6 Plus | | |
| iPhone 6s, iPhone 6s Plus | | |
| iPhone 7, iPhone 7 Plus | | |
| iPhone 8, iPhone 8 Plus | | |
| iPhone X | | |
| All other eligible models | $0 | $79 |

*Through December 31, 2018, the out-of-warranty battery service fee is $29 for all eligible iPhone 6 or later models. Battery service at $29 may be limited to one repair per iPhone.

Issues caused by accidental damage aren't covered under the Apple Limited Warranty. These prices apply only to battery repairs made by Apple. Other service providers may set their own prices. We'll add a $6.95 shipping fee if your repair requires shipping and isn't covered under warranty or AppleCare+. All fees are in USD and exclude local tax.

Start a battery service request

---

# Your repair options





# Send in for repair

# Bring in for repair

Start online or give us a call. We'll send a box right away to collect your iPhone. You can then arrange to ship it to an Apple Repair Center at your convenience. We'll deliver your iPhone back to you in 3-5 business days. If you have AppleCare+, you can also use our **Express Replacement Service.**

Make an appointment at an Apple Store or one of our many Apple authorized service locations, we'll try to fix your iPhone during your visit. In more complex cases, we might need to send it to an Apple Repair Center. If we do, your iPhone will be ready for pickup in 3-5 business days.

To protect your data, learn how to **get your iPhone ready** for service.

Start a service request

## More information

Check the status of your iPhone repair ›

Get more details from the iPhone Service Answer Center ›

Learn more about the Apple-certified repair difference ›

Contact Apple Support ›

## Warranty and legal

Read the Apple Limited Warranty ›

Update your proof-of-purchase ›

Check your warranty status ›

## Exchange and Repair Extension Programs

iPhone 6s Program for Unexpected Shutdown Issues ›

Support     iPhone     Repair     Battery & Power

Copyright © 2018 Apple Inc. All rights reserved.     Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map  |  Contact Apple     United States



EXHIBIT H



**MacRumors**
news and rumors you care about

Got a tip for us? Let us know

- **a. Send us an email**
- **b. Anonymous form**
- close (x)

- - - - - -

- Front Page
- Mac Blog
- iOS Blog
- Roundups



  - AirPort

  - Apple Car

  - Apple Deals

  - Apple Pay

  - Apple Stores

  - Apple TV

  - Apple VR Project

  - Apple Watch

  - CarPlay

  - Displays

  - HomePod

  - iMac

  - iMac Pro

  - iOS 11

  - iPad (2017)

  - iPad mini 4 (2015)

  - iPad Pro

  - iPhone 6s

  - iPhone 7

  - iPhone 8

- - iPhone SE 
  - iPhone X
  - iPod touch
  - Mac mini
  - Mac Pro
  - MacBook
  - MacBook Air
  - MacBook Pro
  - macOS High Sierra
  - watchOS 4
- Buyer's Guide
- Forums

Search Site...

- iPhone X
- iPhone 8
- iMac Pro
- HomePod
- iOS 11
- Apple Watch
- MacBook Pro
- macOS High Sierra
- Apple Car
- iPad Pro
- watchOS 4
- Apple TV
- iPhone 7
- CarPlay
- iPad mini 4 (2015)
- Mac mini
- Mac Pro
- MacBook
- MacBook Air
- Apple VR Project
- iMac
- iPad (2017)
- iPhone 6s
- iPhone SE
- Displays
- Apple Stores
- Apple Deals
- AirPort
- Apple Pay
- iPod touch
- All >

**New in OS X:** Get MacRumors Push Notifications on your Mac

Resubscribe Now
Close

Subscribe to the MacRumors Newsletter

Your Email   Subscribe

# Apple Delays iPhone 6 Plus Battery Replacements Until March-April Due to Limited Supply

Thursday January 11, 2018 7:20 am PST by Joe Rossignol

iPhone 6 Plus users hoping to take advantage of Apple's discounted $29 battery replacements may have to wait a few months.



Apple says iPhone 6 Plus replacement batteries are in short supply and won't be available until late March to early April in the United States and other regions, according to an internal document distributed to Apple Stores and Apple Authorized Service Providers this week and later obtained by MacRumors.

Apple's internal document quotes a shorter wait of "approximately two weeks" for iPhone 6 and iPhone 6s Plus battery replacements, and adds that batteries for all other models like the iPhone 6s, iPhone 7, iPhone 7 Plus, and iPhone SE are expected to be available "without extended delays" in most countries.

Apple noted that lead times may vary in some regions, including the Middle East, Africa, Latin America, Russia, and Turkey.

MacRumors has already received a few emails from readers with an iPhone 6 Plus who were quoted a late March to early April timeframe for the replacement service to be completed at Apple Stores in New York and North Carolina, in line with the information outlined in Apple's document.

A reliable source at an Apple Authorized Service Provider indicated that they recently received a package with dozens of replacement batteries, the majority of which were for iPhone 7 and iPhone 7 Plus models.

Apple lowered its battery replacement fee to $29 last month for any customer with an iPhone 6 or newer as part of an apology over its lack of transparency about slowing down some older iPhone models to prevent unexpected shutdowns. Apple noted that initial supplies of some batteries may be limited.

As with any supply-demand situation, availability of replacement batteries will likely vary by location. Keep in mind that many Apple Authorized Service Providers like MacMedics and ComputerCare are able to replace iPhone batteries, so this may be an option worth considering beyond an Apple Store.

A source adds that Apple Authorized Service Providers are permitted to set their own prices for out-of-warranty parts and repairs, so some third-party repair shops are charging more than $29 for battery replacements, even if Apple might not prefer it, to ensure they are being fairly compensated.

Also keep in mind that Apple's discounted rate is available until December 31, 2018, so unless you absolutely need a battery replacement now, you may wish to consider waiting until later in the year to initiate the process.

If you are replacing your iPhone's battery for the first time, the $29 price is available regardless of whether the device passes or fails Apple's battery diagnostic test. To be eligible for any additional replacements at the discounted rate, however, the device must explicitly fail the test or the standard $79 applies.

To get started, read our guide on how to get your iPhone's battery replaced with an appointment at an Apple Store or Apple Authorized Service Provider. There's also a mail-in option, but we've heard that Apple's repair center may only be replacing batteries that fail a diagnostic test, and sending back devices that pass.

Related Roundups: iPhone 6s, iPhone 7

Buyer's Guide: [iPhone 8 (Neutral)](#), [iPhone 8 (Neutral)](#), [iPhone 8 (Neutral)](#)
[ [220 comments](#) ]

- 
- 
- 



## Top Rated Comments

[(View all)](#)



[Moorepheus](#)
4 days ago at 07:23 am
But, we can buy a new 8/8+ or X...lol
**Rating:** 26 Votes

[SteveJUAE](#)
4 days ago at 07:23 am
No surprise there then........

Usual slowdowns :D
**Rating:** 21 Votes



[vicviper789](#)
4 days ago at 07:24 am
no worries, i planned to replace my battery at the end of the year to maximize my money
**Rating:** 14 Votes



[ArtOfWarfare](#)
4 days ago at 07:35 am
New conspiracy: Apple intentionally slowing down iPhone 6+ battery replacements to spur purchases of new iPhone X.
**Rating:** 12 Votes



[AJ5790](#)
4 days ago at 07:35 am
This whole thing is so dumb! At my local Apple Store yesterday. The Genius said they have replaced batteries on iPhone Xs, 8s, and brand new 7s. The media has so completely mis-handled this story, and caused a huge delay in people getting genuine issues fixed. He said probably less than half of the batteries actually need replacing. So ridiculous.
**Rating:** 12 Votes



[edhudley](#)
4 days ago at 07:37 am
I made an appointment last week at the Cherry Hill, New Jersey Apple Store to have the battery in my 6+ replaced, but got a call early this week stating whats now in the headline, don't count on a replacement until March or April. I'm disappointed that Apple seem to find new ways these days to crap on the customers.
**Rating:** 11 Votes



[otternonsense](#)
4 days ago at 07:46 am
How convenient. Why get a $29 battery in 2 months when you can have the revolutionary $1000 iPhone X right now!
**Rating:** 10 Votes



[vkd](#)
4 days ago at 07:28 am
The situation is turning into something of a farce.
**Rating:** 9 Votes



[NomadicTy](#)
4 days ago at 07:35 am
So they basically chose crappy batteries that have to be throttled down within a year of purchase, or be replaced, so they can have thin phones?

I've had iPhones since the first, and have converted all my family members to iOS devices and macs. But this leaves a bad taste.
**Rating:** 8 Votes



[macfacts](#)
4 days ago at 08:01 am

What are you talking about? iPhone 6s are almost 3 1/2 years old now.

Apple Delays iPhone 6 Plus Battery Replacements Over One to Two Weeks Apple Accused of Slowly - MacRumors   1/15/18, 6:35 PM

Case 5:17-cv-07274-NC   Document 57-1   Filed 01/15/18   Page 58 of 61

The iphone 6s were less than 1 yr when people started having sudden shutdowns and about 1 yr old when Apple released the iOS update with throttling.

You think throttlegate happened last month?

**Rating:** 8 Votes

[ Read All Comments ]

## Upcoming



HomePod Early 2018

Siri-based speaker unveiled at WWDC, launching early 2018.

# More Blog Stories

- **Mazda Remains Committed to Introducing CarPlay But Still Won't Say When**

  4 hours ago on iOS Blog

   Toyota and Lexus today confirmed that CarPlay will be available in select 2019-and-later vehicles, making Mazda one of the only recognizable automakers—if not the only—without support for Apple's...
  25 comments

- **WeChat Users Again Allowed to Send Tips After Apple and Tencent Reach Deal**

  6 hours ago on iOS Blog

   Apple and Tencent, the company that owns the popular WeChat messaging app, have reached a deal that will let WeChat users resume sending in-app tips to content creators, reports The Wall Street...
  10 comments

- **iMac Pro is $1,000 Off at Micro Center Stores, Now $3,999 While Supplies Last**

  2 days ago on Mac Blog

   Micro Center stores are currently offering the base model iMac Pro for $3,999, a significant $1,000 discount off Apple's regular price, and by far the lowest price we've ever seen for...

[245 comments](#)

- **Office Depot and OfficeMax Offering $28 Aftermarket iPhone Battery Replacements Until February**

  3 days ago on [iOS Blog](#)

   Office Depot and OfficeMax today informed us they have lowered their iPhone battery replacement fee to $27.99 at select stores across the United States through February 4, 2018, undercutting...

  [53 comments](#)

- **Adorama and Best Buy Sales Include Up to $200 Off New MacBook Pros and MacBook Air**

  3 days ago on [iOS Blog](#)

   Adorama has marked down a collection of MacBooks this week, with instant rebates that start at $150 off Apple's mid 2017 refresh of the 13-inch MacBook Pro and increase to $200 off the...

  [11 comments](#)

- **Apple Seeds Fifth Beta of tvOS 11.2.5 to Developers**

  3 days ago on [iOS Blog](#)

   Apple today seeded the fifth beta of an upcoming tvOS 11.2.5 update to developers for testing purposes, one week after seeding the fourth beta and almost a month after the release of tvOS 11.2.1, an...

  [11 comments](#)

- **MacRumors Giveaway: Win an Adventure Leather Satchel for Your MacBook Pro From Intrepid Bag Co**

  3 days ago on [Mac Blog](#)

   For this week's giveaway, we've teamed up with Intrepid Bag Co to offer MacRumors readers a chance to win an Adventure Leather Satchel Bag designed for Apple's line of MacBook, MacBook...

  [19 comments](#)

- **Air-Gapped MacBook Air Helped Rian Johnson Avoid Leaks When Writing 'Star Wars: The Last Jedi'**

  3 days ago on [Mac Blog](#)

   Writer/director Rian Johnson did an interview with The Wall Street Journal this week, discussing his favorite tech essentials that he uses both casually and professionally, including for the creation...

  [87 comments](#)

- [Apple Promotes Subscription-Based Apps With Free Trials in the App Store](#) (34)
- [Sharp and Japan Display to Compete for iPhone OLED Panel Orders in 2018](#) (24)
- [Facebook to Overhaul News Feed With More Content From Family and Friends, Less From Publishers](#) (68)
- [End-to-End Encryption Comes to Skype Through Signal Partnership](#) (8)
- [Apple Accidentally Allowed Downgrades All the Way Back to iOS 6 Early Today](#) (169)
- [CES 2018: Scosche Announces New 'MagicMount Pro' Qi Wireless Charging Accessories](#) (17)
- [Chinese Smartphone Makers Plan for Mini LED Supply as Apple Expected to Control Majority of OLED Production This Year](#) (19)



MacRumors attracts a broad audience of both consumers and professionals interested in the latest technologies and products. We also boast an active community focused on purchasing decisions and technical aspects of the iPhone, iPod, iPad, and Mac platforms.

Advertise on MacRumors

## Our Staff

Arnold Kim
Editorial Director
Email • Twitter
Eric Slivka
Editor in Chief
Email • Twitter
Juli Clover
Senior Editor
Email • Twitter
Joe Rossignol
Editor
Email • Twitter • Google+
Marianne Schultz
Editor
Email • Twitter
Dan Barbera
Video Content Producer
Email • Twitter
Mitchel Broussard
Contributing Editor
Email • Twitter
Tim Hardwick
Contributing Writer
Email • Twitter
Chris Jenkins
Contributing Writer
Email • Twitter

## Links

## Touch Arcade

- HCT World Championship, Free Packs, Cubelock, and More 'Hearthstone' News in 'Touchstone' #121
- 'Arena of Valor' Junglers Nerfed, Skins Award Gold, and More in Upcoming Patch
- Ketchapp and Tencent Join Forces to Conquer the Chinese Mobile Game World
- Best iPhone Game Updates: 'Rules of Survival', 'Cooking Dash', 'Marvel Future Fight', 'Sniper Fury', and More
- Hi-Rez Expo Recap - The TouchArcade Show #337
- TouchArcade Game of the Week: 'Kraino'

## YouTube



World's First Go-To-Market Fingerprint Sensor Built In the Display!



CES 2018: Ping-Pong Robot, In-Display Fingerprint Sensor, and More!



What's New at Showstoppers (CES 2018)



What's New at Pepcom (CES 2018)



Whats New at CES Unveiled 2018!

YouTube        141K

Copyright © 2000-2018 MacRumors.com, LLC.
Privacy / DMCA contact / Affiliate and FTC Disclosure

Mobile Version | Fixed | Fluid | Fluid HD