THEODORE J. BOUTROUS JR., SBN 132099
 tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
 cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
 tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

RACHEL S. BRASS, SBN 219301
 rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: 415.393.8200
Facsimile:  415.374.8458

Attorneys for Defendant,
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATON HARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 5:17-cv-07274<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>U.S. Magistrate Judge Nathanael Cousins |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Rachel S. Brass of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 219301) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. Her address, telephone, facsimile, and email are as follows:

> RACHEL S. BRASS, SBN 219301
> rbrass@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA 94105
> Telephone: 415.393.8200
> Facsimile: 415.374.8458

DATED: January 16, 2018　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　By:　　/s/ *Rachel S. Brass*
　　　　　　　　　　　　　　　　　　　　　　　Rachel S. Brass

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: January 16, 2018          GIBSON, DUNN & CRUTCHER LLP

By:      /s/ *Rachel S. Brass*
              Rachel S. Brass

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP