THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: 415.393.8200
Facsimile:  415.374.8458

Attorneys for Defendant,
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATON HARVEY, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation, and DOES 1-20, inclusive,<br><br>  Defendants. | CASE NO. 5:17-cv-07274<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>U.S. Magistrate Judge Nathanael Cousins |

| | |
|---|---|
| 1 | **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that Christopher Chorba of Gibson, Dunn & Crutcher LLP, a |
| 3 | member of the State Bar of California (SBN 216692) and admitted to practice in this Court, hereby |
| 4 | appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all |
| 5 | pleadings, notices, orders, and other papers regarding this action on its behalf. His address, |
| 6 | telephone, facsimile, and email are as follows: |

CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

DATED: January 16, 2018              GIBSON, DUNN & CRUTCHER LLP

                                     By:     /s/ *Christopher Chorba*
                                             Christopher Chorba

                                     *Attorneys for Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: January 16, 2018

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Christopher Chorba*
 Christopher Chorba

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP