THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8458

Attorneys for Defendant,
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATON HARVEY, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation, and DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO. 5:17-cv-07274<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.**<br><br>U.S. Magistrate Judge Nathanael Cousins |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Theodore J. Boutrous Jr. of Gibson, Dunn & Crutcher LLP, a member of the State Bar of California (SBN 132099) and admitted to practice in this Court, hereby appears on behalf of Defendant Apple Inc. in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. His address, telephone, facsimile, and email are as follows:

> THEODORE J. BOUTROUS JR., SBN 132099
> tboutrous@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 333 South Grand Avenue
> Los Angeles, CA 90071-3197
> Telephone: 213.229.7000
> Facsimile: 213.229.7520

DATED: January 16, 2018      GIBSON, DUNN & CRUTCHER LLP

By:   /s/ *Theodore J. Boutrous, Jr.*
              Theodore J. Boutrous, Jr.

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT APPLE INC.** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing systems.

Dated: January 16, 2018

GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Theodore J. Boutrous, Jr.*
               Theodore J. Boutrous, Jr.

*Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP