THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8458

Attorneys for Defendant,
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATON HARVEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 5:17-cv-07274<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))**<br><br>U.S. Magistrate Judge Nathanael Cousins |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-1(a), Defendant Apple Inc. and Plaintiff Keaton Harvey hereby stipulate to extend the time Defendant has to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) to February 23, 2018. This extension will not alter the date of any event or deadline fixed by any Court order, and the parties reserve the right to seek further Court orders advancing or extending these deadlines. |

DATED: January 16, 2018     GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Theodore J. Boutrous, Jr.*
            Theodore J. Boutrous, Jr.

*Attorneys for Defendant Apple Inc.*

DATED: January 16, 2018     Fazio Micheletti LLP

By:     /s/ *Jeffrey Fazio*
            Jeffrey Fazio

*Attorneys for Plaintiff Keaton Harvey*

Pursuant to Civil Local Rule 5-1, I, Theodore J. Boutrous, Jr., hereby attest that concurrence in the filing of this document has been obtained from Jeffrey Fazio.

DATED: January 16, 2018     GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Theodore J. Boutrous, Jr.*
            Theodore J. Boutrous, Jr.

*Attorneys for Defendant Apple Inc.*