UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE BLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 18-cv-00481-NC<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| BRENT JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 18-cv-00406-NC |

In accordance with Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED, to the Honorable Edward J. Davila for consideration of whether the cases are related to 17-cv-07274 EJD, Harvey v. Apple

**IT IS SO ORDERED.**

Dated: January 23, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge