UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| KHENDLE WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 18-cv-00440-LB <br><br> **REFERRAL TO DETERMINE RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this case is referred to the Honorable Edward J. Davila to consider whether it is related to *Keaton Harvey et al. v. Apple*, 5:17-7274-EJD.

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
LAUREL BEELER
United States Magistrate Judge