UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUILHERME RAFAEL CANOA DE OLIVEIRA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 5:18-cv-00735-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| NICHOLAS FORD, a natural person individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC., a California corporation,<br><br>    Defendant. | Case No. 5:18-cv-00760-HRL |

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to the Honorable Edward J. Davila for consideration of whether they are related to 5:17-cv-07274

EJD *Harvey v. Apple, Inc.*

SO ORDERED.

Dated: February 6, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge