UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SARA HAWES,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 5:18-cv-01339-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward J. Davila for consideration of whether the case is related to 5:17-cv-07274 EJD *Harvey v. Apple, Inc*.

SO ORDERED.

Dated: March 1, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge