UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GYE SOON YUN, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>APPLE, INC.,<br><br>   Defendant. | Case No. 5:18-cv-01632-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to 5:17-cv-07274-EJD *Harvey v. Apple, Inc*.

SO ORDERED.

Dated: March 15, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge