UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOGUE, | Case No. 18-cv-00910 NC (PR) |
| Plaintiff, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIPS OF CASES** |
| APPLE, INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above-captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:17-cv-07274, *Keaton Harvey v. Apple, Inc.*

**IT IS SO ORDERED.**

DATED:     April 11, 2018

NATHANAEL M. COUSINS
United States Magistrate Judge