Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T: 925-543-2555
F: 925-369-0344

Adam J. Levitt (*pro hac vice*) (alevitt@dlcfirm.com)
Amy E. Keller (*pro hac vice*) (akeller@dlcfirm.com)
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
T: 312-214-7900
F: 440-953-9138

Attorneys for Plaintiff Keaton Harvey,
individually and on behalf of all others
similarly situated

APPROVED
Judge Edward J. Davila
5/15/2018

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN JOSE DIVISION

| | |
|---|---|
| KEATON HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | No 17-cv-07274-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(i)**<br><br><br>**Hon. Edward J. Davila** |



1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keaton
2  Harvey and his counsel hereby give notice that the above-captioned action is
3  voluntarily dismissed without prejudice against Defendant Apple Inc.

DATED: May 14, 2018         **FAZIO | MICHELETTI LLP**

                                         */s/ Jeffrey L. Fazio*

Jeffrey L. Fazio (146043) (jlf@fazmiclaw.com)
Dina E. Micheletti (184141) (dem@fazmiclaw.com)
**FAZIO | MICHELETTI LLP**
2410 Camino Ramon, Suite 315
San Ramon, CA 94583
T:  925-543-2555
F:  925-369-0344

Adam J. Levitt (*pro hac vice*) (alevitt@dlcfirm.com)
Amy E. Keller (*pro hac vice*) (akeller@dlcfirm.com)
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois  60602
T:  312-214-7900
F:  440-953-9138

Attorneys for Plaintiff
Keaton Harvey, individually and
on behalf of all others similarly situated

